Mark A. O'Connor, Esq.  #148856
HORAN, LLOYD LAW OFFICES
499 Van Buren Street, Post Office Box 3350
Monterey, CA   93942-3350
Telephone:       (831) 373-4131
Facsimile:        (831) 373-8302
E-mail:             oconnor@horanlegal.com

Attorneys for Plaintiff
THOMAS E. MILLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS E. MILLER,

        Plaintiff,

v.

GRUPO AFIMEX, S.A. DE C.V.;
FERNANDO ZENDEJAS BARROETTA;
FRANCISCO GERARDO RUEDA RABAGO;
GUILLERMO LUCAS PLANOS;
LUIS GERARDO RUEDA ESQUIVEL; and
WILFRIDO ORTIZ ZAVALA,

        Defendants.
_____/

Case No.  CV 09-4154 PJH

[~~Proposed~~] ORDER

The Court, having been informed by plaintiff's counsel that none of the defendants have appeared in this matter and that plaintiff is pursuing service of process upon the defendants in Mexico, hereby continues the Case Management Conference initially set for December 17, 2009 to __April 15_____, 2010.

DATED:  ___12/8/09_____.

_____
THE HONORABLE PHYLLIS J. HAMILTON
Judge, United States District Court

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton

MILLER v. GRUPO AFIMEX, S.A. DE C.V., et al.
USDC Case No. CV 09-4154 PJH

{Proposed} ORDER