1   Mark A. O'Connor, Esq.  #148856
    HORAN, LLOYD LAW OFFICES
2   499 Van Buren Street, Post Office Box 3350
    Monterey, CA   93942-3350
3   Telephone:       (831) 373-4131
    Facsimile:       (831) 373-8302
4   E-mail:          oconnor@horanlegal.com

5   Attorneys for Plaintiff
    THOMAS E. MILLER

6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11  THOMAS E. MILLER,                       Case No.  CV 09-4154 PJH

12              Plaintiff,                   [Proposed] ORDER

13  v.

14  GRUPO AFIMEX, S.A. DE C.V.;
    FERNANDO ZENDEJAS BARROETTA;
15  FRANCISCO GERARDO RUEDA RABAGO;
    GUILLERMO LUCAS PLANOS;
16  LUIS GERARDO RUEDA ESQUIVEL; and
    WILFRIDO ORTIZ ZAVALA,
17

18              Defendants.
    _____/
19

20       The Court, having been informed by plaintiff's counsel that this case has been settled and

21  receiving a request to be granted leave of court for a period of 60 days in which to complete the

22  settlement documentation and the submission of a dismissal of the entire action, hereby continues

23  the Case Management Conference set for April 15, 2010 to _____June 17_____, 2010.

24  DATED: _____April 13, 2010_____.

25

26                                              _____
                                                THE HONORABLE PHYLLIS J. HAMILTON
27                                              Judge, United States District Court

28

MILLER v. GRUPO AFIMEX, S.A. DE C.V., et al.                              [Proposed] ORDER
USDC Case No. CV 09-4154 PJH